BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax and Bankruptcy Section
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| United States of America, | No. 5:25-cv-01978 |
| Plaintiff, | Complaint to Reduce Tax Assessments to Judgment |
| v. | |
| Nacho Hernandez, a.k.a. Jose Ignacio Hernandez; and Maria Guadalupe Hernandez, | |
| Defendants. | |

1  The United States of America, by its undersigned counsel, alleges as
2  follows:
3      1.    This is a civil action brought by Plaintiff United States of America
4  to collect unpaid tax liabilities by reducing federal tax assessments to
5  judgment against defendants Nacho Hernandez, a.k.a. Jose Ignacio
6  Hernandez, and Maria Guadalupe Hernandez.
7      2.    This action is commenced at the direction of a delegate of the
8  Attorney General of the United States and at the request and with the
9  authorization of the Chief Counsel of the Internal Revenue Service, a
10 delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401 and
11 7402 for collection of federal taxes.

**A. Defendants**

13     3.    Nacho Hernandez, a.k.a. Jose Ignacio Hernandez, was a resident
14 of San Bernardino County at the time liability for the taxes at issue in this
15 case accrued and presently resides in San Bernardino County.
16     4.    Maria Guadalupe Hernandez (Maria G. Hernandez or Maria
17 Hernandez) was a resident of San Bernardino County at the time liability for
18 the taxes at issue in this case accrued and presently resides in San
19 Bernardino County.
20     5.    Nacho and Maria Hernandez (Defendants) are husband and wife,
21 and for tax years 2008, 2009 and 2010 (the tax years at issue) jointly filed
22 income tax returns as married filing jointly.

**B. Jurisdiction and Venue**

24     6.    This Court has jurisdiction over this action pursuant to 26 U.S.C.
25 § 7402 and 28 U.S.C. §§ 1340 and 1345.
26     7.    Venue for the action is within the Central District of California
27 under 28 U.S.C. §§ 1391(b)(1) and 1396 because Defendants reside in this
28

district, it is the district where liability for the taxes at issue accrued, and the returns at issue were filed in this district.

**C. Claim for Relief: Reduce Tax Assessments to Judgment**

**Tax Year 2008**

8. On May 18, 2009, Defendants filed their U.S. Individual Income Tax Return (Form 1040) for tax year 2008.

9. On November 5, 2013, Defendants signed the Consent to Extend the Time to Assess Tax (Form 872) to allow that their tax liability for tax year 2008 to be assessed at any time before June 30, 2015.

10. On February 4, 2014, following an income tax audit, Defendants signed a Waiver of Statutory Notification of Claim Disallowance (Form 2297) and Acceptance of Proposed Disallowance of Claim for Refund or Credit (Form 3363) for tax year 2008 agreeing to additional tax assessments for the tax year.

**Tax Year 2009**

11. On May 10, 2010, Defendants filed their U.S. Individual Income Tax Return (Form 1040) for tax year 2009.

12. On November 5, 2013, Defendants signed the Consent to Extend the Time to Assess Tax (Form 872) to allow that their tax liability for tax year 2008 to be assessed at any time before June 30, 2015.

13. On February 4, 2014, following an income tax audit, Defendants signed a Waiver of Statutory Notification of Claim Disallowance (Form 2297) and Acceptance of Proposed Disallowance of Claim for Refund or Credit (Form 3363) for tax year 2009 agreeing to additional tax assessments for the tax year.

**Tax Year 2010**

14. On May 9, 2011, Defendants filed their U.S. Individual Income Tax Return (Form 1040) for tax year 2010.

15. On February 4, 2014, following an income tax audit, Defendants signed a Waiver of Statutory Notification of Claim Disallowance (Form 2297) and Acceptance of Proposed Disallowance of Claim for Refund or Credit (Form 3363) for tax year 2010 agreeing to additional tax assessments for the tax year.

**Tax Assessments**

16. The IRS examined Defendants tax returns for tax years 2008 through 2010, and determined that Defendants owed additional tax and related penalties.

17. On the dates and in the amounts described in the table below, a delegate of the Secretary of the Treasury timely assessed taxes and civil penalties against Defendants Nacho and Maria Hernandez for tax years 2008 through 2010.

| Tax Year | Assessment Date | Type of Assessment | Amount |
| --- | --- | --- | --- |
| 2008 | April 28, 2014 | Tax (Form 1040, Income) | $ 95,865.00 |
| 2008 | April 28, 2014 | Fraud Penalty (I.R.C. § 6663) | $ 63,577.50 |
| 2009 | April 28, 2014 | Tax (Form 1040, Income) | $ 37,316.00 |
| 2009 | April 28, 2014 | Fraud Penalty (I.R.C. § 6663) | $ 33,937.50 |
| 2010 | April 28, 2014 | Tax (Form 1040, Income) | $ 37,541.00 |
| 2010 | April 28, 2014 | Fraud Penalty (I.R.C. § 6663) | $ 29,116.50 |

18. Notice of the liabilities described in paragraph 17 was given to, and payment demanded from, Defendants.

19. Since the assessment of the above-stated amounts, assessed and unassessed interest, fees and collection costs, the accuracy penalty under 26 U.S.C. § 6662 and additions to tax, including failure-to-pay additions to tax under 26 U.S.C. § 6651(a)(2), have accrued and continue to accrue.

20.     Despite proper notice and demand, Defendants failed, neglected, or refused to fully pay the liabilities and remain liable to the United States in the amount of $633,394.95 as of June 30, 2025, for income taxes, plus statutory accruals, including interest and fees that have accrued and will continue to accrue according to law.

**Offer in Compromise**

21.     On October 10, 2014, Defendants filed an offer in compromise with the IRS for the tax years at issue.

22.     On February 12, 2016, the IRS rejected Defendants' offer in compromise.

23.     Due to taxpayers' offer in compromise request for the tax years at issue, the collection period for each of the tax years at issue was suspended for at least 521 days pursuant to 26 U.S.C. §§ 6331(k)(1), (k)(3)(B), and (i)(5).

24.     This suit is filed within the applicable statute of limitations to collect the above liabilities.

25.     The United States is entitled to judgment against Nacho and Maria Hernandez for the years at issue, in the amount of $633,394.95 as of June 30, 2025, plus all interest, penalties and statutory additions as provided by law.

///
///
///

**D. Relief Requested**

WHEREFORE, the United States of America requests the following relief from the Court:

A.    Enter a judgment in favor of the United States and against Defendants for tax years 2008, 2009, and 2010 in the amount of $633,394.95 as of June 30, 2025, plus interest and penalties as allowed by law;

B.    Grant the United States its costs incurred in bringing this action; and

C.    Order any further relief the Court deems just and appropriate.

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax and Bankruptcy Section

Dated: July 31, 2025           /s/ Gavin Greene
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America